IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 1:22-CR-27 (7) |
| v. | § | Judge Marcia Crone |
| SERGIO SIBRIAN, | § | |
| a/k/a "ANYTIME" (7) | § | |

**FACTUAL BASIS**

*APR – 4 2024*

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney in and for the Eastern District of Texas, joined by **Sergio Sibrian, a/k/a "Anytime"**, defendant, and his defense attorney, Mario Madrid, and presents this factual basis in support of the defendant's plea of guilty to Count One of the Indictment filed herein, and, in support thereof, would show the following:

I.

1.    That defendant, **Sergio Sibrian, a/k/a "Anytime"**, stipulates and agrees to the truth of all matters set forth in this factual basis, and agrees that such admission may be used by the Court in support of his plea of guilty to Count One, alleging a violation of 18 U.S.C. § 1962(d), Conspiracy to Participate in a Racketeering Enterprise.

2.    That the defendant, **Sergio Sibrian, a/k/a "Anytime"**, who is pleading guilty to such charge, is one and the same person charged in Count One of the Indictment.

3.    That the events described in the indictment occurred in the Eastern District of Texas and elsewhere.

*Factual Basis and Stipulation*
Page   1

4.    That had this matter proceeded to trial, the government, through the testimony of witnesses, including expert witnesses, and through admissible exhibits, would have proven, beyond a reasonable doubt, each and every essential element of the offenses alleged in the Indictment; specifically, the government would have proven the following facts and the defendant, **Sergio Sibrian, a/k/a "Anytime"**, agrees the following facts at all times relevant to the Indictment are true:

a.  **Sergio Sibrian, a/k/a "Anytime"** initially joined the ~~Norcross~~ *Parkview* Locotes Salvatruchas clique of La Mara Salvatrucha, also known as the MS-13, and was an active member and associate of MS-13.

b.  The MS-13 was a transnational criminal organization that was involved in criminal activities, including murders, attempted murders, assaults, and other criminal activity, including narcotics trafficking, witness tampering, and witness retaliation. The MS-13 gang has leaders and rules.

c.  MS-13 has an effect on interstate and foreign commerce. For example, the MS-13 has members in other states and other countries, on the street and in prisons, and the gang members talk to each other, travel to other states on gang business, and transfer money by wire. MS-13, including its leaders, members, and associates, constitutes an "enterprise" as defined in 18 U.S.C. §§ 1961(4) and 1959(b)(2).

d.  During **Sergio Sibrian's** membership in the MS-13, other MS-13 members and **Sergio Sibrian, a/k/a "Anytime"** committed crimes on behalf of the gang, including the crimes below and alleged in Count One of the Indictment. **Sergio Sibrian, a/k/a "Anytime"** committed these crimes to maintain and increase his status in the MS-13. Additionally, the co-conspirators agreed to commit these crimes and committed the murders, attempted murders, and assaults as alleged in Count One of the Indictment and described below to, among other reasons, preserve and protect the existence, power, territory, reputation, and profits of MS-13 and its members and associates.

*Factual Basis and Stipulation*
Page  2

e.  Beginning in 2019 through in and around April 2022, **Sergio Sibrian, a/k/a "Anytime"** and others charged herein, agreed to engage in a pattern of racketeering activity through multiple acts involving murder, attempted murder, and conspiracy to commit murder, in violation of Texas Penal Code, Sections 19.03, 19.02, 19.01, 7.01, 7.02, 15.01, 15.02, and 15.03.

f.  Specifically, in and around January 2022, **Sergio Sibrian, a/k/a "Anytime"** and others charged herein, agreed to murder members and associates of the Surenos and Mexican Mafia gangs.

g.  On January 31, 2022, immediately prior to the prison attack, **Sergio Sibrian, a/k/a "Anytime"** along with others charged herein, entered the A-A Housing Unit at a federal prison in Beaumont, Texas, in the Eastern District of Texas. **Sergio Sibrian, a/k/a "Anytime"** huddled with others charged herein, who were already in A-A Housing Unit, and they passed out weapons. Another co-conspirator charged herein then initiated the prison attack by stabbing Guillermo Riojas, a Mexican Mafia associate and Surenos member. **Sergio Sibrian, a/k/a "Anytime"** and others charged herein, herein specifically and intentionally murdered Guillermo Riojas in violation of the Texas Penal Code sections referenced herein.

h.  On January 31, 2022, **Sergio Sibrian, a/k/a "Anytime"** and others charged herein specifically and intentionally murdered Andrew Pineda, a Surenos member, in violation of the Texas Penal Code sections referenced herein.

i.  On January 31, 2022, **Sergio Sibrian, a/k/a "Anytime"** and others charged herein repeatedly stabbed and attempted to murder two additional Surenos members.

j.  **Sergio Sibrian, a/k/a "Anytime"** agreed with others charged herein to commit these crimes knowingly and intentionally. **Sergio Sibrian, a/k/a "Anytime"** also understood what he was doing at the time, and he knew it was wrong and against the law.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5.      I have read this factual basis and the Indictment, or have had them read to me, and have discussed them with my attorney. I fully understand the contents of this factual basis and agree without reservation that it accurately summarizes the events and my acts.

Dated:   04/02/2024

Sergio Sibrian, a/k/a "Anytime"
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

6.      I have read this factual basis and the indictment, and I have reviewed them with my client **Sergio Sibrian, a/k/a "Anytime"**. Based upon my discussions with the defendant, I am satisfied that the defendant understands the factual basis as well as the indictment, and he is knowingly and voluntarily agreeing to these stipulated facts.

Dated:   04/02/2024

Mario Madrid.
Attorney for Defendant

*Factual Basis and Stipulation*
Page  4

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

CHRISTOPHER A. EASON
Assistant United States Attorney
Texas Bar No. 24108053
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
email:   chris.eason@usdoj.gov

*Factual Basis and Stipulation*
Page  5